# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVION GARRETT

NO. 2024 CW 0527

**SEPTEMBER 9, 2024**

---

In Re:    Kelvin Wells, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 23-02145.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

    **WRIT DENIED.**  This petition for writ of mandamus appears to be filed in this court in the first instance.  Relator should first seek relief from the district court.

                **PMc**
                **JEW**
                **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT